IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW MARK KOZLOWSKI,
    Plaintiff,
  vs.
CHARLES D. LEE, ROBERT BOWMAN,
    Defendants.

No. C 06-00890 JW (PR)

ORDER GRANTING REQUEST FOR COPY OF ORDER

(Docket No. 26)

On February 10, 2006, plaintiff, a California prisoner proceeding pro se and currently incarcerated at Mule Creek State Prison, filed the above-titled civil rights action. Respondent's motion to dismiss was granted on November 7, 2007. Good cause appearing, plaintiff's request for a copy of such order is GRANTED. Plaintiff's request for an extension of time is DENIED as there are currently no deadlines in the present case.

This order terminates Docket No. 26.

The Clerk shall mail plaintiff a copy of the November 7, 2007 order in this matter along with a copy of this order.

DATED:   January 7, 2007

JAMES WARE
United States District Judge

Order Granting Request for Copy
N:\Pro - Se\1.18.2008\06-0890 Kozlowski00890_copy.wpd